UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 22-4762-MWF(JEMx)**                                    Dated: **October 13, 2022**

Title:      Jesus Garcia -v- Julio Rico

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                  None Present
    Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                    None Present

**PROCEEDINGS (IN CHAMBERS):**       **COURT ORDER**

    In light of the Notice of Settlement [17] filed October 10, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for November 14, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.